**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LAZARO G.M.,[1]

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-2471-JLT-EGC (HC)

(A Number: 220-309-446)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION

(Docs. 1, 14)

Lazaro G.M. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 15, 2026, the assigned Magistrate Judge issued Findings and Recommendations to deny the Petition, which raises a claim under Zadvydas v. Davis, 533 U.S. 678 (2001), as premature because his removal order only became final on June 4, 2026. (Docs. 1, 14.). The Court served the Findings and Recommendations on all parties and notified them that any objections were due within fourteen days. (*Id.* at 4.) No party filed objections and the time to do so has passed.

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The habeas corpus petition, (Doc. 1), is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: September 1, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE